Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE , et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH UNTALAN FUNES, Individually and dba J. U. FUNES EXCAVATING GRADING & PAVING, aka J.U. FUNES EXCAVATING, aka J. U. FUNES EXCAVATING & PAVING,<br><br>Defendants. | Case No.: C09-0769 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, the within action against Defendants JOSEPH UNTALAN FUNES, individually and dba J. U. FUNES EXCAVATING GRADING & PAVING, aka J.U. FUNES EXCAVATING, aka J. U. FUNES EXCAVATING & PAVING. Plaintiffs have not previously filed or dismissed any similar action against Defendants.

///

///

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 29th day of June, 2009, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and all dates herein are herewith vacated.

Date:__ 6/30/09 _____    _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0769 PJH**

P:\CLIENTS\OE3CL\J. U. Funes Excavating\Pleadings\C09-0769 PJH Notice of Voluntary Dismissal 062909.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 29, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Joseph U. Funes**<br>**2646 U Street**<br>**Rio Linda, California 95673** | **J.U. Funes Excavating, Grading &**<br>**Paving**<br>**c/o Joseph U. Funes**<br>**2646 U Street**<br>**Rio Linda, California 95673** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 29th day of June, 2009, at San Francisco, California.

_____/s/_____
Vanessa de Fabrega

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-0769 PJH**

P:\CLIENTS\OE3CL\J. U. Funes Excavating\Pleadings\C09-0769 PJH Notice of Voluntary Dismissal 062909.DOC